# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Almonte  
        <u>Debtor</u>

CHAPTER 7

BKY. NO. 16-15299 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, and index same on the master mailing list.

Re: Loan # Ending In: 3930

        Respectfully submitted,

        **/s/Joshua I. Goldman , Esquire**  
        Joshua I. Goldman, Esquire  
        Thomas Puleo, Esquire  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 825-6306  FAX (215) 825-6406