**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                         :         Chapter   7

Michael R. Almonte

                                              :

                                              :

        Debtor                                :         Bankruptcy No.16-15299JKF

## ORDER

AND NOW, this 25th day of August , 20 16 , it is

        ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated  July 27, 2016 and this case is hereby DISMISSED.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

        Certification concerning credit counseling
        Matrix list of creditors
        Chapter 7 Statement of your current monthly income
        form 122A-1
        Schedules AB-J
        Statement of financial affairs
        Summary of assets and liabilities form B106