United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael R Almonte
       Debtor

Case No. 16-15299-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 26, 2016
                  Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db        +Michael R Almonte,    321 S Marshall St,    Lancaster, PA 17602-3742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: bankruptcy@phila.gov Aug 27 2016 02:09:49    City of Philadelphia,
         City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
         Philadelphia, PA   19102-1595
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2016 02:08:25
         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
         Harrisburg, PA   17128-0946
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2016 02:09:12    U.S. Attorney Office,
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                            TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
         CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                  TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                :        Chapter   7

Michael R. Almonte
                                     :

                                     :

Debtor                               :        Bankruptcy No.16-15299JKF

## ORDER

AND NOW, this 25th day of August, 2016, it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 27, 2016 and this case is hereby DISMISSED.

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Certification concerning credit counseling
Matrix list of creditors
Chapter 7 Statement of your current monthly income form 122A-1
Schedules AB-J
Statement of financial affairs
Summary of assets and liabilities form B106